IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW JOB DALY,

    **Plaintiff,**

    v.                                                CASE NO. 24-3218-JWL

ELIZABETH OLIVER, et al.,

    **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff Matthew Job Daly began this pro se action under 42 U.S.C. § 1983 by filing a complaint in December 2024, alleging that the legal resources provided to him during his detention at the Anderson County Adult Detention Center in Garnett, Kansas were unconstitutionally inadequate. (Doc. 1.) In a memorandum and order to show cause issued on December 9, 2024, the Court granted Plaintiff leave to proceed in forma pauperis. (Doc. 4, p. 10.) In the same order, the Court identified deficiencies in the complaint that left this matter subject to dismissal in its entirety. *Id.* at 4-9. The Court granted Plaintiff to and including January 10, 2025, in which to either show cause why the complaint should not be dismissed or submit a complete and proper amended complaint that cures the deficiencies. *Id.* at 10. The Court cautioned Plaintiff that if he failed to comply with the order, "this matter will be decided based upon the current deficient Complaint and may be dismissed without further notice . . . ." *Id.*

The deadline for Plaintiff to comply with the December 9, 2024 order has passed and Plaintiff has not done so, nor has he filed anything further in this matter. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss

1

actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has failed to comply with a court order, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order.

**IT IS SO ORDERED**.

Dated on this 23rd day of January, 2025, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge